An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LOUIS MADDEN,
                    Appellant,
            vs.
CONSTANCE BRANCH,
                    Respondent.

No. 66822

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISISNG APPEAL*

On October 30, 2014, appellant filed the notice of appeal in the district court. The notice of appeal was not accompanied by a case appeal statement. *See* NRAP 3(f). Accordingly, on November 5, 2014, this court issued a notice directing appellant to file a case appeal statement by November 20, 2014. When the case appeal statement was not filed, this court entered an order on December 10, 2014, noting that appellant had failed to file the case appeal statement and the docketing statement. *See* NRAP 14. That order directed appellant to file the required documents by December 24, 2014. On December 22, 2014, this court issued an order noting that the parties were unable to reach a settlement and reinstating briefing. That order directed appellant to file a transcript request form by January 6, 2015. *See* NRAP 9(a). When none of these documents were filed, this court issued an order on January 14, 2015, directing appellant to file the case appeal statement, docketing statement, and transcript request form by January 26, 2015, and cautioned appellant that failure to comply with the order would result in the dismissal of this appeal as abandoned. *See* NRAP 3(a)(2), NRAP 9(a)(6), NRAP 14(c). To date, appellant's counsel has failed to comply with any of this court's notices

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04933

and orders. We conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Nancy L. Allf, District Judge
Law Offices of Katherine M. Barker
Gabroy Law Offices
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A